

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Joseph Gus Mays,                              * Original Mandamus Proceeding

No. 11-14-00310-CR                                  * November 20, 2014

                                                   * Per Curiam Memorandum Opinion
                                                     (Panel consists of: Wright, C.J.,
                                                     Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied in part and dismissed in part. Therefore, in accordance with this court's opinion, we deny Relator's petition for writ of mandamus against the trial court and dismiss for want of jurisdiction Relator's petition for writ of mandamus against the District Attorney's Office for Brown County and the court reporter for the 35th District Court.